■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN J. CHARNOCK, III, Appellant.—Judgment unanimously affirmed. Memorandum: We conclude that, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), defendant's conviction is supported by legally sufficient evidence that defendant was in constructive possession of the stolen property *(see,* Penal Law § 10.00 [8]; *People v Gina,* 137 AD2d 555, *lv denied* 71 NY2d 1027; *People v Calkins,* 122 AD2d 452, *lv denied* 68 NY2d 810; *People v Dennis,* 88 AD2d 963; *People v Hadley,* 67 AD2d 259). We reject defendant's contention that the court's charge on constructive possession deprived him of a fair trial. (Resubmission of appeal from Judgment of Supreme Court, Erie County, Morton, J.—Criminal Possession Stolen Property, 2nd Degree.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.